**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beyer, Dale J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**321 Jefferson St, Suite B**<br>**Algonquin, IL**<br>ZIP CODE **60102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] 1-49 | [ ] 50-99 | [ ] 100-199 | [x] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): **Dale J. Beyer** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  /s/ HAROLD M. SAALFELD**                    8/29/2014<br>     **HAROLD M. SAALFELD**                         Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box.)<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.)<br>☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Dale J. Beyer** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Dale J. Beyer**
_____
   **Dale J. Beyer**

X _____

_____
   Telephone Number (If not represented by attorney)
   **8/29/2014**
_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

### Signature of Attorney*

X  **/s/ HAROLD M. SAALFELD**
_____
   **HAROLD M. SAALFELD**      Bar No. **6231257**

**HAROLD M. SAALFELD, ATTORNEY AT LAW**
**25 NORTH COUNTY STREET**
**SUITE 2R**
**WAUKEGAN, IL 60085-4342**

Phone No. **(847) 249-7538**      Fax No. **(847) 249-3301**

   **8/29/2014**
_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

_____
   Address

X _____

_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6D (Official Form 6D) (12/07)

In re **Dale J. Beyer**                                          Case No. _____

                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx1000<br><br>**Santander Consumer Usa**<br>**Po Box 961245**<br>**Ft Worth, TX 76161** | | - | DATE INCURRED: **01/2013**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Santander 07 Ford 500 70,000**<br>REMARKS:<br><br><br>VALUE: **$5,000.00** | | | | **$14,808.00** | **$9,808.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | **$14,808.00** | **$9,808.00** |
| | | | | Total (Use only on last page) > | | | **$14,808.00** | **$9,808.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re   **Dale J. Beyer**                                          Case No. _____
                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Dale J. Beyer**                                           Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**100 W. RANDOLPH**<br>**BANKRUPTCY SECTION LEVEL 7-425**<br>**CHICAGO, IL 60601** | | - | DATE INCURRED: **04-2013**<br>CONSIDERATION:<br>**Taxes Owed**<br>REMARKS: | | | | **$23,000.00** | **$23,000.00** | **$0.00** |
| Representing:<br>**ILLINOIS DEPARTMENT OF REVENUE** | | | **ILLINOIS DEPT OF REVENUE**<br>**P.O. BOX 19036**<br>**SPRINGFIELD, IL 60601** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | | - | DATE INCURRED: **2004-2013**<br>CONSIDERATION:<br>**Taxes owed 2004 - 2013**<br>REMARKS: | | | | **$125,000.00** | **$120,000.00** | **$5,000.00** |
| Representing:<br>**INTERNAL REVENUE SERVICE** | | | **INTERNAL REVENUE SERVICE**<br>**D. PATRICK MULARKEY**<br>**TAX DIVISION (DOJ)**<br>**BEN FRANKLIN STATION**<br>**WASHINGTON, DC 20044** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$148,000.00** | **$143,000.00** | **$5,000.00** |
| Total ><br>**(Use only on last page of the completed Schedule E.**<br>**Report also on the Summary of Schedules.)** | **$148,000.00** | | |
| Totals ><br>**(Use only on last page of the completed Schedule E.**<br>**If applicable, report also on the Statistical Summary**<br>**of Certain Liabilities and Related Data.)** | | **$143,000.00** | **$5,000.00** |

B6F (Official Form 6F) (12/07)

In re   **Dale J. Beyer**                                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8676**<br>**A/R CONCEPTS INC / MCHENRY RADIOLOGIS**<br>**33 W HIGGINS RD**<br>**SUITE 715**<br>**SOUTH BARRINGTON, IL 60010-9103** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxxx-xx4707**<br>**AARGON  / HILCO CAP ONE 2NDS CR**<br>**3025 W SAHARA AVE**<br>**LAS VEGAS, NV 89102-6094** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,426.54 |
| ACCT #:  **xxxxxxx7169**<br>**Acs/vlgalgon**<br>**2200 Harnish Drive**<br>**Algonquin, IL 60102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $200.00 |
| ACCT #:  **x7423**<br>**ADVANCE AMERICA**<br>**150 S KENNEDY DRIVE**<br>**SUITE 5A**<br>**CARPENTERSVILLE, IL 60110** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $856.90 |
| ACCT #:  **xx5722**<br>**ADVERTISING SPECIALTIES INC**<br>**2309 VALDAVIA STREET**<br>**ST AUGUSTINE, FL 32092** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,312.46 |
| ACCT #:  **xxxxx3259**<br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $81.00 |

                                                                     Subtotal >    | $5,026.90 |

                                                                     Total >
_____**36**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx8590<br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | - | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $3,954.00 |
| ACCT #:  xxxxxx8829<br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | - | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $1,624.00 |
| ACCT #:  xxxxxx1576<br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | - | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $772.00 |
| ACCT #:  xxxxxx8856<br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | - | DATE INCURRED:  **09/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $184.00 |
| ACCT #:  xxxx0689<br>**AFNI, INC / DIRECT TV**<br>**PO BOX 78626**<br>**PHOENIX, AZ 85062-8626** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $391.15 |
| ACCT #:  xxxxxxxxx-xx / xxxxx9073<br>**AFNI, INC / ST FRANCIS MEDICAL CENTER**<br>**404 BROCK DRIVE**<br>**PO BOX 3517**<br>**BLOOMINGTON, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $81.00 |

Sheet no. ____1____ of ____36____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $7,006.15

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx-xx / xxxxx3221**<br>**AFNI, INC / ST FRANCIS MEDICAL CENTER**<br>**PO BOX 3517**<br>**BLOOMINGTON, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $772.00 |
| ACCT #:  **xxxxxxxxx-xx / xxxxx3843**<br>**AFNI, INC / ST FRANCIS MEDICAL CENTER**<br>**404 BROCK DRIVE**<br>**PO BOX 3517**<br>**BLOOMINGTON, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $45.26 |
| ACCT #:  **xxxxxxxxx-xx / xxxxxxx7397**<br>**AFNI, INC / ST FRANCIS MEDICAL CENTER**<br>**PO BOX 3517**<br>**BLOOMINGTON, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $150.00 |
| ACCT #:  **xxxxxxxxx-xx / xxxxx7922**<br>**AFNI, INC / ST FRANCIS MEDICAL CENTER**<br>**PO BOX 3517**<br>**BLOOMINGTON, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $50.00 |
| ACCT #:  **xxxxxxxxx-xx / xxxxx9073**<br>**AFNI, INC / ST FRANCIS MEDICAL CENTER**<br>**PO BOX 3517**<br>**BLOOMINGTON, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $81.00 |
| ACCT #:  **xxxxxxxxxxxx6420**<br>**ALLIANCE ONE RECEIVABLES / CAPITAL ON**<br>**1160 CENTRE POINT DRIVE**<br>**SUITE 1**<br>**MENDOTA HEIGHTS, MN 55120** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,235.48 |

Sheet no. ____2____ of ____36____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $2,333.74

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                        Case No. _____

                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 6420**<br>**ALLIED INTERSTATE / CAPITAL ONE BANK**<br>**PO BOX 60024**<br>**CITY OF INDUSTRY, CA 91716-0024** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $512.77 |
| ACCT #:  **xxxxxxxx4435**<br>**ALLIED INTERSTATE / LVNV FUNDING LLC**<br>**PO BOX 4000**<br>**WARRENTON, VA 20188** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,781.86 |
| ACCT #:  **xxxxx-x7050**<br>**AMEREN CILCO**<br>**PO BOX 66826**<br>**ST LOUIS, MO 63166-6826** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $975.14 |
| ACCT #:  **xxxxxxxxxxx1004**<br>**AMERICAN EXPRESS**<br>**PO BOX 6618**<br>**OMAHA, NE 68105-0618** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,736.20 |
| ACCT #:  **xxxxxxx #xxxxxx.xxxx.x1577**<br>**AMERICAN HEART ASSOCIATION**<br>**2524 FARRAGUT DRIVE**<br>**SUITE A**<br>**SPRINGFIELD, IL 62704** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,500.00 |
| ACCT #:  **xxxxxxxxxx-xx0410**<br>**ARNOLD SCOTT HARRIS / ILLINOIS DEPARTM**<br>**222 MERCHANDISE MART PLAZA**<br>**SUITE 1932**<br>**CHICAGO, IL 60654** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $30,346.79 |

Sheet no. ____3_____ of _____36_____ continuation sheets attached to                                          **Subtotal >** | $45,852.76
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                    Case No. _____

                                                                        (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx / xxxxxxxxxxxx7511<br>**ARROW FINANCIAL SERVICES LLC / LEATH F**<br>**2810 SOUTHAMPTON ROAD**<br>**PHILADELPHIA, PA 19154** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,092.66** |
| ACCT #:  xxxxxxxxxxxx1695<br>**ASSET MANAGEMENT PROFESSIONALS / BA**<br>**PO BOX 2824**<br>**WOODSTOCK, GA 30188** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,693.38** |
| ACCT #:  xxT862<br>**ASSETCARE, INC / MORAINE EMERGENCY P**<br>**5100 PEACHTREE INDUSTRIAL BLVD**<br>**NORCROSS, GA 30071** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$102.40** |
| ACCT #:  xx6771<br>**ASSOCIATED ANESTHESIOLOGISTS**<br>**PO BOX 989**<br>**PEORIA, IL 61653-0989** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$774.00** |
| ACCT #:  xxxx-xxxxxx8152<br>**ASSOCIATED BANK - CORPORATE SECURIT**<br>**MS 7027**<br>**PO BOX 19097**<br>**GREEN BAY, WI 54307-9757** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,758.65** |
| ACCT #:  xxxxxxxxxxxx9139<br>**ASSOCIATED RECOVERY SERVICES / CAPIT.**<br>**PO BOX 469046**<br>**ESCONDIDO, CA 92046-9046** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$5,507.48** |

Sheet no. ____4____ of ____36____ continuation sheets attached to                    **Subtotal >**    | **$27,928.57** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxxx0000<br>**AT&T**<br>**PO BOX 1321**<br>**HOUSTON, TX 77251** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $132.81 |
| ACCT #:  xxx-xxx-xxxx, xxx-xxx-1103<br>**AT&T MOBILITY**<br>**PO BOX 6428**<br>**CAROL STREAM, IL 60197-6428** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $638.26 |
| ACCT #:  xxx-xxx-xxxx, xxx-xxx-1103<br>**AT&T MOBILITY**<br>**PO BOX 6428**<br>**CAROL STREAM, IL 60197-6428** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $826.77 |
| ACCT #:  xxx1972<br>**ATRADIUS COLLECTIONS / SQUAREZERO LT**<br>**1200 ARLINGTON HEIGHTS ROAD**<br>**SUITE 410**<br>**ITASCA, IL 60143** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $62,378.33 |
| ACCT #:  xxxxxxxxxxx3080<br>**BANK OF AMERICA**<br>**PO BOX 15026**<br>**WILMINGTON, DE 19886-5726** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,258.57 |
| ACCT #:<br>**BASE ZERO PRODUCTIONS**<br>**355 ASHWOOD CT**<br>**VERNON HILLS, IL 60061** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $9,928.05 |

Sheet no. ____5____ of ____36____ continuation sheets attached to                    **Subtotal >** | $81,162.79
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale J. Beyer**                                        Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx/xxxxxx2698<br>**BLUE CROSS AND BLUE SHIELD OF ILLINOIS**<br>**300 EAST RANDOLPH ST**<br>**CHICAGO, IL 60601-5099** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $207.53 |
| ACCT #:  xxxxxx/xxxxxx2698<br>**BLUE CROSS AND BLUE SHIELD OF ILLINOIS**<br>**300 EAST RANDOLPH ST**<br>**CHICAGO, IL 60601-5099** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,809.22 |
| ACCT #:  xxxxxx4-086<br>**BMG MUSIC**<br>**PO BOX 91545**<br>**INDIANAPOLIS, IN 46291-0545** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $25.13 |
| ACCT #:  xxxxx-x8856<br>**C B ACCOUNTS / CENTEGRA MGMT SERVICE**<br>**DEPT 0102**<br>**PO BOX 50**<br>**ARROWSMITH, IL 61722-0050** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $37.25 |
| ACCT #:  xxxxxxx #x1966<br>**CAIN & COMPANY**<br>**6116 MULFORD VILLAGE DRIVE**<br>**ROCKFORD, IL 61107** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $790.00 |
| ACCT #:  xxxxxxxx / xxxx xxxx xxxx 6420<br>**CAVALRY PORTFOLIO SERVICES / CAPITOL**<br>**PO BOX 27288**<br>**TEMPE, AZ 85285-7288** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,426.54 |

Sheet no. ___6___ of ___36___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $10,295.67

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx-xxxx4134**<br>**CB ACCOUNTS INC / CBO/OSFMG FOR HEAL**<br>**PO BOX 5610**<br>**HAUPPAUGE, NY 11788-0139** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$74.00** |
| ACCT #:  **xxxxxx-xxxx4016**<br>**CB ACCOUNTS INC / CBO/OSFMG FOR HEAL**<br>**PO BOX 5610**<br>**HAUPPAUGE, NY 11788-0139** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$104.00** |
| ACCT #:  **xxxxxx4830**<br>**Cci**<br>**Contract Callers I**<br>**Augusta, GA 30901** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$64.00** |
| ACCT #:  **x3537**<br>**CENTEGRA HEALTH SYSTEM**<br>**3707 DOTY RD**<br>**SUITE G**<br>**WOODSTOCK, IL 60098** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$29.80** |
| ACCT #:  **xxxxxx-xxxxx / xxxx4493**<br>**CENTEGRA HEALTH SYSTEM**<br>**3707 DOTY RD**<br>**SUITE G**<br>**WOODSTOCK, IL 60098** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,664.25** |
| ACCT #:  **xxxxxxx0183**<br>**CENTEGRA HEALTH SYSTEM**<br>**PO BOX 1447**<br>**WOODSTOCK, IL 60098-1447** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$878.25** |

Sheet no. ____7____ of ____36____ continuation sheets attached to                                    **Subtotal >**    |    **$2,814.30**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dale J. Beyer**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx3221**<br>**CENTRAL ILLINOIS PATHOLOGY**<br>**PO BOX 1259**<br>**OAKS, PA 19456** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $39.00 |
| ACCT #: **xxx0694**<br>**CENTRAL ILLINOIS PATHOLOGY**<br>**PO BOX 1259**<br>**OAKS, PA 19456** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $22.00 |
| ACCT #: **xxx3221**<br>**CENTRAL ILLINOIS RADIOLOGICAL**<br>**PO BOX 1259**<br>**OAKS, PA 19456** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $49.00 |
| ACCT #: **xx3121**<br>**CERTIFIED SERVICES / MEDCLAIMS/OAKLUN**<br>**PO BOX 177**<br>**WAUKEGAN, IL 60079-0177** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $272.00 |
| ACCT #: **xxxxxx5477**<br>**Cfc Defic Rec/TD Auto Finance**<br>**TD Auto Fin/Attn:Bankruptcy**<br>**PO Box 551080**<br>**Jacksonville, FL 32255** | | - | DATE INCURRED: **12/2004**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $9,261.00 |
| ACCT #: **xxxxxxxxxxxxx5146**<br>**CHASE BANK**<br>**PO BOX 182223**<br>**DEPT OH1-1272**<br>**COLUMBUS, OH 43216** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,549.15 |

Sheet no. ____**8**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $13,192.15

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx4661<br>**Chase Rec**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $154.00 |
| ACCT #: xxxx2055<br>**Choice Recovery**<br>**Po Box 20790**<br>**Columbus, OH 43220** | | - | DATE INCURRED: **11/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $165.00 |
| ACCT #: xxxx8463<br>**Choice Recovery**<br>**Po Box 20790**<br>**Columbus, OH 43220** | | - | DATE INCURRED: **09/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $28.00 |
| ACCT #: x-x3251<br>**CLIFTON GUNDERSON**<br>**301 SW ADAMS**<br>**SUITE 900**<br>**PEORIA, IL 61656-1835** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1,800.00 |
| ACCT #: x1911<br>**COLLECTION PROFESSIONALS / MTCO COM**<br>**723 FIRST STREET**<br>**LASALLE, IL 61301-2535** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $2,726.08 |
| ACCT #: xxxxxx6000<br>**COM ED**<br>**BILL PAYMENT CENTER**<br>**CHICAGO, IL 60668-0001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $60.65 |

Sheet no. ____9____ of ____36____ continuation sheets attached to                    **Subtotal >**      | $4,933.73
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx-xxxxxx-xxxxxxxxxxxxxx90-00<br>**COMCAST**<br>**PO BOX 3002**<br>**SOUTHEASTERN, PA 19398-3002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $520.56 |
| ACCT #:  xxxxxxxxxxxx5231<br>**COMCAST**<br>**1500 MCCONNOR PARKWAY**<br>**SCHAUMBURG, IL 60173** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $100.00 |
| ACCT #:  xxxx xx xxx xxx5090<br>**COMCAST**<br>**PO BOX 3002**<br>**SOUTHEASTERN, PA 19398-3002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $520.56 |
| ACCT #:  xxxx xx xxx xxx9666<br>**COMCAST**<br>**PO BOX 3002**<br>**SOUTHEASTERN, PA 19398-3002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $275.37 |
| ACCT #:  xxxxxxx8 F30<br>**COMMERCIAL RECOVERY CORPORATION / [**<br>**PO BOX 742572**<br>**CINCINNATI, OH 45274-2572** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $232.69 |
| ACCT #:  xxxxxxx52N1<br>**Commonwealth Financial**<br>245 Main Street<br>**Scranton, PA 18519** | | - | DATE INCURRED:  **06/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $407.00 |

Sheet no. ____**10**____ of ____**36**____ continuation sheets attached to                                    **Subtotal >**          $2,056.18
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale J. Beyer**                                           Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx / xx0824**<br>**COMMONWEALTH FINANCIAL SYSTEMS / BA**<br>**245 MAIN STREET**<br>**DICKSON CITY, PA 18519** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$21,044.65** |
| ACCT #:  **xxx-xxx-x949/0**<br>**CONSOLIDATED COMMUNICATIONS**<br>**PO BOX 7001**<br>**MATTOON, IL 61938-7001** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,971.48** |
| ACCT #:  **xxx2248**<br>**CREVE COEUR OF PEORIA**<br>**456 FULTON STREET**<br>**SUITE 186**<br>**PEORIA, IL 61602** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$442.33** |
| ACCT #:<br>**CSE SOFTWARE INC**<br>**2109 S MAIN ST**<br>**MORTON, IL 61550** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$4,000.00** |
| ACCT #:  **xxxxxx5477**<br>**DAIMLER CHRYSLER FINANCIAL**<br>**PO BOX 551080**<br>**JACKSONVILLE, FL 32255** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$9,120.07** |
| ACCT #:<br>**DAVID P ZENTGRAF - CPA**<br>**5944 NORTH ISABELL**<br>**PEORIA, IL 61614** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$775.00** |

Sheet no. ____**11**____ of ____**36**____ continuation sheets attached to    **Subtotal >**    **$37,353.53**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                       **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                          Case No. _____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx6097<br>**DHL EXPRESS**<br>**14105 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $20.08 |
| ACCT #:  5579<br>**DR DAVID BERNI DDS**<br>**4747 N HARLEM AVE**<br>**SUITE D**<br>**HARWOOD HEIGHTS, IL 60706** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $190.00 |
| ACCT #:  x4265<br>**Dsg Collect**<br>**1824 W Grand Ave Ste 200**<br>**Chicago, IL 60622** | | - | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $3,209.00 |
| ACCT #:  xxxxxxxx06-08<br>**EAST PEORIA WATER & SEWER DEPARTMEI**<br>**100 S MAIN STREET**<br>**EAST PEORIA, IL 61611** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $73.12 |
| ACCT #:  xxxx #3044<br>**EDWARD HINE COMPANY**<br>**201 MORTON STREET**<br>**PEORIA, IL 61655** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,315.71 |
| ACCT #:  xxxxxxx #x0969<br>**ELK GROVE GRAPHICS**<br>**1200 CHASE AVENUE**<br>**ELK GROVE VILLAGE, IL 60007** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $10,180.47 |

Sheet no. ___**12**___ of ___**36**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $17,988.38

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale J. Beyer**                              Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx7511<br>**ENCORE RECEIVABLE MANAGEMENT / GE M**<br>**400 N ROGERS RD**<br>**OLATHE, KS 66063-3330** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,347.00 |
| ACCT #:  xxxx6074<br>**ENHANCED RECOVERY COMPANY / NORDST**<br>**8014 BAYBERRY RD**<br>**JACKSONVILLE, FL 32256-7412** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,456.04 |
| ACCT #:  xxxx2784<br>**ENHANCED RECOVERY COMPANY / VERIZON**<br>**8014 BAYBERRY RD**<br>**JACKSONVILLE, FL 32256-7412** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $723.57 |
| ACCT #:  xxxx2543<br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $97.00 |
| ACCT #:  xxx9577<br>**Eos Cca**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** | | - | DATE INCURRED:  **08/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $1,181.00 |
| ACCT #:  xxxxxxx #xxxx, xxxx, xxxxx, xxxxx,<br>**EROI, INC**<br>**505 NW COUCH STREET**<br>**SUITE 300**<br>**PORTLAND, OR 97209** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,230.70 |

Sheet no. _____**13**_____ of _____**36**_____ continuation sheets attached to                                              **Subtotal >** | $14,035.31

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                      Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**EXHIBIT BY DESIGN**<br>**1690 CAMBRIDGE DRIVE**<br>**ELGIN, IL 60123** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$22,000.00** |
| ACCT #:  **xxxx-x800-0**<br>**FEDEX**<br>**PO BOX 94515**<br>**PALATINE, IL 60094-4515** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$164.91** |
| ACCT #:  **xxxx-x800-0**<br>**FEDEX**<br>**PO BOX 94515**<br>**PALATINE, IL 60094-4515** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$63.71** |
| ACCT #:  **xxxx-x800-0**<br>**FEDEX**<br>**PO BOX 94515**<br>**PALATINE, IL 60094-4515** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$59.93** |
| ACCT #:  **xxxx-x800-0**<br>**FEDEX**<br>**PO BOX 94515**<br>**PALATINE, IL 60094-4515** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$44.89** |
| ACCT #:  **xxYEDA**<br>**FLORAL EXPRESSIONS**<br>**207 NE PERRY AVE**<br>**PEORIA, IL 61603** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$223.81** |

Sheet no. ____14_____ of _____36____ continuation sheets attached to              **Subtotal >**          $22,557.25
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                                     Case No. _____

                                                                                          (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx2005**<br>**FREEDMAN ANSELMO LINDBERG & RAPPE /**<br>**1807 WEST DIEHL ROAD**<br>**SUITE 333**<br>**NAPERVILLE, IL 60566-7228** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $9,276.96 |
| ACCT #:  **xxxxxxx / xxxx #xx xx x0421**<br>**FREEDMAN ANSELMO LINDBERG & RAPPE /**<br>**1807 WEST DIEHL ROAD**<br>**SUITE 333**<br>**NAPERVILLE, IL 60566-7228** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $13,298.47 |
| ACCT #:  **xxxx1878**<br>**Fst Nat Coll**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $391.00 |
| ACCT #:  **xxxx xxxx xxxx 4992**<br>**GE MONEY BANK**<br>**PO BOX 960061**<br>**ORLANDO, FL 32896-0061** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,503.93 |
| ACCT #:  **xxxxxx8472**<br>**GENERAL CAUALTY INSURANCE COMPANIE**<br>**PO BOX 3109**<br>**MILWAUKEE, WI 53201-3109** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $106.83 |
| ACCT #:  **xxx2000**<br>**GINOLI & COMPANY LTD**<br>**411 HAMILTON BLVD**<br>**STE 1616**<br>**PEORIA, IL 61602-1104** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,435.00 |

Sheet no. ____**15**____ of ____**36**____ continuation sheets attached to                                      **Subtotal >** | $27,012.19
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale J. Beyer**                                    Case No. _____
                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx xx: xx xx9329**<br>**GUARDIAN**<br>**PO BOX 95101**<br>**CHICAGO, IL 60694-5101** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $900.08 |
| ACCT #:  **xxxxxx0183**<br>**HARRIS & HARRIS LTD / CENTEGRA HEALTH**<br>**222 MERCHANDISE MART PLAZA**<br>**SUITE 1900**<br>**CHICAGO, IL 60654** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $878.25 |
| ACCT #:  **xxxx2260**<br>**HARVARD COLLECTION SERVICES / ILLINOIS**<br>**4839 N ELSTON AVE**<br>**CHICAGO, IL 60630-2534** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $6,406.81 |
| ACCT #:  **xx-xxx4537**<br>**HASSELBERG, WILLIAMS, GREBE, SNODGR/**<br>**124 S.W. ADAMS STREET**<br>**SUITE 360**<br>**PEORIA, IL 61602-1320** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $350.00 |
| ACCT #:  **xx5031**<br>**HEARTCARE MIDWEST**<br>**PO BOX 9382**<br>**PEORIA, IL 61612-9382** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $100.00 |
| ACCT #:  **x6006**<br>**HEARTLAND PARKING INC**<br>**128 NE MADISON**<br>**PEORIA, IL 61602-1109** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $482.25 |

Sheet no. ____16_____ of ____36____ continuation sheets attached to               **Subtotal >**      $9,117.39
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale J. Beyer**                                          Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx-x-1001**<br>**HEDIGER AND MEYERS INC**<br>**4208 W PARTRIDGE WAY**<br>**PEORIA, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $536.00 |
| ACCT #:  **xxYER-1**<br>**HEDIGER AND MEYERS INC**<br>**4208 W PARTRIDGE WAY**<br>**PEORIA, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,489.00 |
| ACCT #:  **xxYER-1**<br>**HEDIGER AND MEYERS INC**<br>**4208 W PARTRIDGE WAY**<br>**PEORIA, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $67.00 |
| ACCT #:  **xxYER-1**<br>**HEDIGER AND MEYERS INC**<br>**4208 W PARTRIDGE WAY**<br>**PEORIA, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $604.01 |
| ACCT #:  **xxxxxxx xxx5419**<br>**HINCKLEY SPRINGS**<br>**PO BOX 660579**<br>**DALLAS, TX 75266-0579** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $129.43 |
| ACCT #:  **xxxxxxxxxxxx1695**<br>**HOLLANDER LAW OFFICES / BANK OF AMER**<br>**PO BOX 105836**<br>**ATLANTA, GA 30348-5836** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $9,411.12 |

Sheet no. _____**17**_____ of _____**36**_____ continuation sheets attached to                    **Subtotal >**    | $16,236.56
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                          Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 8412**<br>**HOME DEPOT CREDIT SERVICES**<br>**PO BOX 6029**<br>**THE LAKES, NV 88901-6029** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,248.34 |
| ACCT #:  **8257**<br>**HOWARD, HABECKER & MORRIS / CENTER F**<br>**456 FULTON STREET**<br>**SUITE 398**<br>**PEORIA, IL 61602-1220** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $8,201.00 |
| ACCT #:  **xxxx #x6-434**<br>**HUNZIKER LAW GROUP**<br>**COMMERCE BANK BLDG - 16TH FL**<br>**416 MAIN ST**<br>**PEORIA, IL 61602** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $603.55 |
| ACCT #:  **xxxxxxxx-xx-xxxx0-999**<br>**I C SYSTEM INC / AT&T/CINGULAR WIRELES**<br>**444 HIGHWAY 96 E**<br>**SAINT PAUL, MN 55127-2557** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,181.89 |
| ACCT #:  **xxxxxx2060**<br>**IDES - COLLECTIONS SECTION**<br>**33 S STATE STREET**<br>**10TH FLOOR**<br>**CHICAGO, IL 60603-2802** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $47,758.72 |
| ACCT #:  **xxxx #xx-xx6025**<br>**ILLINOIS DEPARTMENT OF LABOR - FAIR LA**<br>**WAGE CLAIMS SECTION - 160 NORTH LASAL**<br>**SUITE C-1300**<br>**CHICAGO, IL 60601-3150** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $11,015.38 |

Sheet no. _____**18**_____ of _____**36**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $76,008.88

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dale J. Beyer**                                      Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Infinity Healthcare Physicians S.C.**<br>**P.O. Box 3261**<br>**Milwaukee, WI 53201-3261** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**MEDICAL/DENTAL**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxxxxxxx80-05**<br>**INSIGHT**<br>**PO BOX 740273**<br>**CINCINNATI, OH 45274-0273** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$117.07** |
| ACCT #:  **x5369**<br>**J.M. IRRIGATION INC**<br>**25850 W HWY 60**<br>**VOLO, IL 60030** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$75.00** |
| ACCT #:  **xxxx xxxxxx x8-L-31**<br>**JAMES D BRADSHAW, ESQ / RIVER FINANCIA**<br>**411 HAMILTON BLVD**<br>**SUITE 1304**<br>**PEORIA, IL 61602** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$219,216.47** |
| ACCT #:  **xx0869**<br>**JENSEN DISPOSAL**<br>**PO BOX 415**<br>**MUNDELEIN, IL 60060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$88.00** |
| ACCT #:<br>**JIM'S STEAK HOUSE - JANSSEN BUILDING**<br>**110 S.W. JEFFERSON**<br>**PEORIA, IL 61602** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$14,477.00** |

Sheet no. ____19____ of ____36____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   | $233,973.54

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale J. Beyer**                                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**JLC FINANCIAL SERVICES**<br>**965 HILLSIDE AVE**<br>**ANTIOCH, IL 60002** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $205.00 |
| ACCT #:<br>**JLC FINANCIAL SERVICES**<br>**965 HILLSIDE AVE**<br>**ANTIOCH, IL 60002** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $437.50 |
| ACCT #:  **xxxx #xx xx 5045**<br>**JONATHAN CARBARY LTD / THE ANVIL CLUB**<br>**1814 GRANDSTAND PLACE**<br>**ELGIN, IL 60123** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,168.12 |
| ACCT #:  **xxxxx5146**<br>**JPMORGAN CHASE BANK**<br>**PO BOX 260180**<br>**BATON ROUGE, LA 70826-0180** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $965.34 |
| ACCT #:  **xxxx #xx xx 5297**<br>**KAMM & SHAPIRO, LTD / HARRIS NA**<br>**318 W ADAMS**<br>**SUITE 1700**<br>**CHICAGO, IL 60606** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,078.21 |
| ACCT #:  **xxx-x-xxxxxx1272**<br>**LAKE/MCHENRY PATHOLOGY ASSOCIATES**<br>**520 E 22ND ST**<br>**LOMBARD, IL 60148** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $124.00 |

Sheet no. ____**20**_____ of _____**36**____ continuation sheets attached to          **Subtotal >**          | $6,978.17 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                        Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-6342**<br>**LINCARE INC**<br>**3556 LAKESHORE RD**<br>**STE 214**<br>**BLASDELL, NY 14219-1400** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $949.40 |
| ACCT #:  **xxx-6342**<br>**LINCARE INC**<br>**3556 LAKESHORE RD**<br>**STE 214**<br>**BLASDELL, NY 14219-1400** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $64.70 |
| ACCT #:  **xxx-6342**<br>**LINCARE INC**<br>**3556 LAKESHORE RD**<br>**STE 214**<br>**BLASDELL, NY 14219-1400** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $388.00 |
| ACCT #:  **xxx-6342**<br>**LINCARE INC**<br>**3556 LAKESHORE RD**<br>**STE 214**<br>**BLASDELL, NY 14219-1400** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $297.76 |
| ACCT #:  **xxx-6342**<br>**LINCARE INC**<br>**3556 LAKESHORE RD**<br>**STE 214**<br>**BLASDELL, NY 14219-1400** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $66.50 |
| ACCT #:  **xxx-6342**<br>**LINCARE INC**<br>**3556 LAKESHORE RD**<br>**STE 214**<br>**BLASDELL, NY 14219-1400** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $388.00 |

Sheet no. ____**21**____ of ____**36**____ continuation sheets attached to                                    **Subtotal >** | $2,154.36

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale J. Beyer**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx #xxxxxxxx, xxxxxxxx, xxxx<br>**M3 FINANCIAL SERVICES / THE UNIVERSITY**<br>**PO BOX 7230**<br>**WESTCHESTER, IL 60154-6230** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $871.20 |
| ACCT #:  xxxxx-xMRIG<br>**MCHENRY RADIOLOGISTS IMAGING**<br>**PO BOX 220**<br>**MCHENRY, IL 60051-0220** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $86.00 |
| ACCT #:  xx8172<br>**MDC ENVIRONMENTAL SERVICES**<br>**PO BOX 673043**<br>**MILWAUKEE, WI 53267-3043** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $80.88 |
| ACCT #:  1103<br>**MEGACOPIES CORPORATION**<br>**125-16 EAST STATE ROAD**<br>**BOX 59**<br>**ISLAND LAKE, IL 60042-0059** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $176.49 |
| ACCT #:  xxx-xx4151<br>**MEPCO FINANCE CORP**<br>**PO BOX 5978**<br>**CAROL STREAM, IL 60197-5978** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $150.03 |
| ACCT #:  xxxxxxxx / xxxx xxxx xxxx 1695<br>**MERCANTILE ADJUSTMENT BEREAU / BANK**<br>**PO BOX 9016**<br>**WILLIAMSVILLE, NY 14231-9016** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $21,956.48 |

Sheet no. ____22____ of ____36____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal >** | $23,321.08 |
| **Total >**<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                                 Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**MICHAEL BEST & FRIEDRICH LLP**<br>**TWO PRUDENTIAL PLAZA - 180 N STETSON /**<br>**SUITE 2000**<br>**CHICAGO, IL 60601** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,500.00 |
| ACCT #:  **x8532**<br>**MIDWEST COLLECTION SERVICES / CENTRA**<br>**PO BOX 3598**<br>**PEORIA, IL 61612-3598** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $83.50 |
| ACCT #:  **xx3455**<br>**MIDWEST ORTHOPAEDIC CENTER**<br>**PO BOX 843732**<br>**KANSAS CITY, MO 64184-3732** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $8,118.00 |
| ACCT #:  **xxxxxxxxxxx1839**<br>**MORAINE EMERGENCY PHYSICIANS**<br>**PO BOX 8759**<br>**PHILADELPHIA, PA 19101-8759** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $407.00 |
| ACCT #:  **xxxxxxxxxxx0678**<br>**MORAINE EMERGENCY PHYSICIANS**<br>**PO BOX 8759**<br>**PHILADELPHIA, PA 19101-8759** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $346.00 |
| ACCT #:<br>**MUSION SYSTEMS LTD - COVDEN HOUSE**<br>**7A LANGLEY STREET**<br>**LONDON, UK WC2H 9JA** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $14,781.19 |

Sheet no. _____**23**_____ of _____**36**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  |  $29,235.69

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                                        Case No. _____
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx / xxxxx6097**<br>**NCO FINANCIAL SYSTEMS / DHL EXPRESS**<br>**PO BOX 15618**<br>**DEPT 58**<br>**WILMINGTON, DE 19850** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $483.46 |
| ACCT #:  **xx-xx-xx-x000 7**<br>**NICOR**<br>**PO BOX 416**<br>**AURORA, IL 60568-0001** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $611.44 |
| ACCT #:  **xxxxx0353**<br>**Nordstrom FSB**<br>**Attention: Account Services**<br>**PO Box 6566**<br>**Englewood, CO 80155** | | - | DATE INCURRED:  **03/2010**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $4,456.00 |
| ACCT #:  **xxxxx-x0119**<br>**NORTHERN ILLINOIS MEDICAL CENTER**<br>**3701 DOTY RD**<br>**WOODSTOCK, IL 60098** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $8,631.00 |
| ACCT #:  **xxxxx5177**<br>**NORTHLAND GROUP INC / CAPITAL ONE NAT**<br>**PO BOX 390846**<br>**MINNEAPOLIS, MN 55439** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,426.54 |
| ACCT #:  **xxxxx5889**<br>**NORTHLAND GROUP INC / LVNV FUNDING LI**<br>**PO BOX 390846**<br>**MINNEAPOLIS, MN 55439** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,503.58 |

Sheet no. ____24____ of ____36____ continuation sheets attached to          **Subtotal >** | $23,112.02
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                                (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx9452**<br>**OSF MEDICAL GROUP**<br>**PO BOX 1806**<br>**PEORIA, IL 61656-1806** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $94.00 |
| ACCT #:  **xx9452**<br>**OSF MEDICAL GROUP**<br>**PO BOX 1806**<br>**PEORIA, IL 61656-1806** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $10.00 |
| ACCT #:  **xx9452**<br>**OSF MEDICAL GROUP**<br>**PO BOX 1806**<br>**PEORIA, IL 61656-1806** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $248.00 |
| ACCT #:  **xx9452**<br>**OSF MEDICAL GROUP**<br>**PO BOX 1806**<br>**PEORIA, IL 61656-1806** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $239.00 |
| ACCT #:  **xxxxxxx xxxxxx0119**<br>**OSI COLLECTION SERVICES / CENTEGRA NC**<br>**PO BOX 959**<br>**BROOKFIELD, WI 53008-0959** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $759.42 |
| ACCT #:  **xxx4464**<br>**OSI COLLECTION SERVICES / FEDEX**<br>**PO BOX 965**<br>**BROOKFIELD, WI 53008-0965** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $56.11 |

Sheet no. ____25____ of ____36____ continuation sheets attached to                          **Subtotal >**          $1,406.53
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                              Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx6902**<br>**OSI COLLECTION SERVICES / FEDEX**<br>**PO BOX 965**<br>**BROOKFIELD, WI 53008-0965** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,032.93** |
| ACCT #:<br>**PARAGON VISUAL SOLUTIONS**<br>**7706-J INDUSTRIAL DRIVE**<br>**SPRING GROVE, IL 60081** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$5,045.00** |
| ACCT #:  **x5821**<br>**PARAGON VISUAL SOLUTIONS**<br>**7706-J INDUSTRIAL DRIVE**<br>**SPRING GROVE, IL 60081** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,993.88** |
| ACCT #:  **xx0088**<br>**PATRICK CRAWFORD DDS**<br>**7851 COOPER RD**<br>**KENOSHA, WI 53142** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,299.50** |
| ACCT #:  **xxxx #xx-xxxxxx, xxxx #xx-xx0418**<br>**PATRICK FITZGERALD - ATTY GENERAL / ID(**<br>**500 SOUTH SECOND STREET**<br>**SPRINGFIELD, IL 62706** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$13,189.39** |
| ACCT #:  **xxx2866**<br>**PEAPOD LLC**<br>**1325 ENSELL ROAD**<br>**LAKE ZURICH, IL 60047** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$118.83** |

Sheet no. _____**26**_____ of _____**36**_____ continuation sheets attached to                    **Subtotal >** | **$22,679.53**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                      Case No. _____
                                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx8254**<br>**PENN CREDIT / REDFLEX TRAFFIC SYSTEMS**<br>**916 S 14TH ST**<br>**PO BOX 988**<br>**HARRISBURG, PA 17108-0988** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$200.00** |
| ACCT #:  **xxxxxxx #x-x9195**<br>**PII CREDIT BUREAU / EDWARD HINE COMPA**<br>**201 MORTON STREET**<br>**PEORIA, IL 61655** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$4,024.00** |
| ACCT #:  **xxxx-xxx3-86-7**<br>**PITNEY BOWES**<br>**PO BOX 856390**<br>**LOUISVILLE, KY 40285-6390** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7.50** |
| ACCT #:  **xx57BA**<br>**Pro Md Clctn**<br>**PO Box 10166**<br>**Peoria, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$10,935.00** |
| ACCT #:  **xx6771**<br>**Pro Md Clctn**<br>**PO Box 10166**<br>**Peoria, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$774.00** |
| ACCT #:  **xxx4796**<br>**Pro Md Clctn**<br>**PO Box 10166**<br>**Peoria, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$418.00** |

Sheet no. ____**27**____ of ____**36**____ continuation sheets attached to                                      **Subtotal >**    | **$16,358.50** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                          **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                       **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dale J. Beyer**                                      Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx7922**<br>**Pro Md Clctn**<br>**PO Box 10166**<br>**Peoria, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $331.00 |
| ACCT #:  **xx5031**<br>**Pro Md Clctn**<br>**PO Box 10166**<br>**Peoria, IL 61612** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $100.00 |
| ACCT #:  **xxxxA000**<br>**PULMONARY & SLEEP MEDICINE**<br>**1566 W ALGONQUIN RD**<br>**PMB#227**<br>**HOFFMAN ESTATES, IL 60192** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $54.60 |
| ACCT #:<br>**QUANTUM COLOR GRAPHICS LLC**<br>**6511 OAKTON ST**<br>**MORTON GROVE, IL 60053** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $15,000.00 |
| ACCT #:  **x x7322**<br>**REGIONAL CARDIOLOGY CONSULTANTS**<br>**6090 STRATHMOOR DR #6**<br>**ROCKFORD, IL 61107-5200** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $70.60 |
| ACCT #:  **xxxxA000**<br>**RICHARD PHELPS MD**<br>**201 E HURON STREET**<br>**SUITE 11-205**<br>**CHICAGO, IL 60611** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $30.00 |

Sheet no. ____28____ of ____36____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $15,586.20

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                          Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx867M**<br>**RICHMOND NORTH ASSOCIATES  / PITNEY B**<br>**4232 RIDGE LEA ROAD**<br>**PO BOX 963**<br>**AMHERST, NY 14226-4236** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $503.88 |
| ACCT #:  **xxxxxxxxx xxxxxxxxxx 2007**<br>**ROBIN L.T. BALLARD / ILLINOIS CENTRAL CO**<br>**1 COLLEGE DRIVE**<br>**EAST PEORIA, IL 61635** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**ROYAL GARDENS LANDSCAPING**<br>**1001 S RT 59**<br>**INGLESIDE, IL 60041** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,962.74 |
| ACCT #:  **xxx6018**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,624.25 |
| ACCT #:  **xxx0694**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $345.00 |
| ACCT #:  **xxx6018**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,245.25 |

Sheet no. _____**29**_____ of _____**36**_____ continuation sheets attached to                                  **Subtotal >**       | $7,181.12 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx, xxx6072**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $67.78 |
| ACCT #:  **xxx3843**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $159.00 |
| ACCT #:  **xxxxxxx, xxx3221**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,117.00 |
| ACCT #:  **xxx4796**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,891.00 |
| ACCT #:  **xxxxxxx, xxx9073**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $757.00 |
| ACCT #:  **xxxxxxx, xxxxxxx, xxx6072**<br>**SAINT FRANCIS MEDICAL CENTER**<br>**530 NE GLEN OAK AVE**<br>**PEORIA, IL 61637** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $148.78 |

Sheet no. ____**30**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $4,140.56 |
|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx, xxx3221** <br> **SAINT FRANCIS MEDICAL CENTER** <br> **530 NE GLEN OAK AVE** <br> **PEORIA, IL 61637** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $4,726.00 |
| ACCT #:  **xxxxxxx #x0791** <br> **SCANICS OF ILLINOIS** <br> **1817 S NEIL ST** <br> **SUITE 103** <br> **CHAMPAIGN, IL 61820** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $87.27 |
| ACCT #:  **x2172** <br> **SHERMAN PHYSICIAN GROUP** <br> **1435 NORTH RANDALL ROAD** <br> **SUITE 106** <br> **ELGIN, IL 60123-2302** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $67.65 |
| ACCT #: <br> **SIGNS NOW** <br> **2251 W ALTORFER DR** <br> **PEORIA, IL 61615** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $3,744.00 |
| ACCT #:  **xxxxxxxx / xxxxxxxxx8119** <br> **SOUTHWEST CREDIT SYSTEMS / AT&T MIDW** <br> **5910 W PLANO PARKWAY** <br> **SUITE 100** <br> **PLANO, TX 75093-4638** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $96.51 |
| ACCT #:  **xxxxxxxx / xxxxxxxxxx0001** <br> **SOUTHWEST CREDIT SYSTEMS / VERIZON W** <br> **4120 INTERNATIONAL PKWY** <br> **SUITE 1100** <br> **CARROLLTON, TX 75007-1958** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $723.57 |

Sheet no. ____**31**____ of ____**36**____ continuation sheets attached to                              **Subtotal >** | $9,445.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                                (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                          Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale J. Beyer**                                                          Case No. _____

                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx, xxxxxxx, xxx3221**<br>**T-H PROFESSIONAL AND MED COLLECTION**<br>**PO BOX 10166**<br>**PEORIA, IL 61612-0166** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $813.27 |
| ACCT #:  **xxxx7351**<br>**TATE & KIRLIN ASSOCIATES / ADT SECURITY**<br>**2810 SOUTHAMPTON ROAD**<br>**PHILADELPHIA, PA 19154** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $75.80 |
| ACCT #:<br>**TECHNICRAFT**<br>**419 ELM STREET**<br>**PEORIA, IL 61605** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $280.26 |
| ACCT #:<br>**TECHNICRAFT**<br>**419 ELM STREET**<br>**PEORIA, IL 61605** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $293.32 |
| ACCT #:<br>**THE COMPUTER DOCTOR**<br>**3012 STERLING AVE**<br>**SUITE A**<br>**PEORIA, IL 61604** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,677.50 |
| ACCT #:  **xxxxA-01M**<br>**THE LEITER GROUP**<br>**309-A MAIN STREET**<br>**PEORIA, IL 61602** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $831.58 |

Sheet no. ____**32**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $3,971.73

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                      Case No. _____

                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxA-03M**<br>**THE LEITER GROUP**<br>**309-A MAIN STREET**<br>**PEORIA, IL 61603** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $59.53 |
| ACCT #:  **xxxxA-04M**<br>**THE LEITER GROUP**<br>**309-A MAIN STREET**<br>**PEORIA, IL 61604** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $293.56 |
| ACCT #:  **xxxxA-05M**<br>**THE LEITER GROUP**<br>**309-A MAIN STREET**<br>**PEORIA, IL 61605** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,536.60 |
| ACCT #:  **xxxxxxx #xx6044**<br>**THE MALLARD PRESS**<br>**335 EISENHOWER LANE**<br>**LOMBARD, IL 60148** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,127.17 |
| ACCT #:  **x1560**<br>**THE PEORIA AREA CHAMBER**<br>**124 SW ADAMS**<br>**SUITE 300**<br>**PEORIA, IL 61602** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $254.60 |
| ACCT #:  **xxxxx3006**<br>**THE UNIVERSITY OF CHICAGO MEDICAL CEN**<br>**15965 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $781.20 |

Sheet no. ____33_____ of ____36____ continuation sheets attached to                    **Subtotal >**        $4,052.66
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                      Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x-xxx9270**<br>**THE UNIVERSITY OF CHICAGO PHYSICIANS**<br>**75 REMITTANCE DRIVE**<br>**SUITE 1385**<br>**CHICAGO, IL 60675-1385** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $30.00 |
| ACCT #:  **x-xxx9270**<br>**THE UNIVERSITY OF CHICAGO PHYSICIANS**<br>**75 REMITTANCE DRIVE**<br>**SUITE 1385**<br>**CHICAGO, IL 60675-1385** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $90.00 |
| ACCT #:  **xxxx xxxx xxxx 8412**<br>**UNITED COLLECTION BUREAU / CITICORP C**<br>**PO BOX 140516**<br>**TOLEDO, OH 43614-0516** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $6,669.83 |
| ACCT #:  **xxxxxxx0002**<br>**UNITED HOSPITAL SYSTEM**<br>**6308 EIGHTH AV**<br>**KENOSHA, WI 53143-5082** | | - | DATE INCURRED:  **02/24/2014**<br>CONSIDERATION:<br>**MEDICAL/DENTAL**<br>REMARKS: | | | | $218.24 |
| ACCT #:  **xxxxxx #x7446**<br>**VEDDER, PRICE, KAUFMAN & KAMHOLZ, PC**<br>**222 NORTH LASALLE STREET**<br>**CHICAGO, IL 60601** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,027.57 |
| ACCT #:  **xxxxxxxxxx0001**<br>**Verizon**<br>500 Technology Dr<br>Ste 550<br>Weldon Spring, MO 63304 | | - | DATE INCURRED:  **12/2010**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $613.00 |

Sheet no. _____34_____ of _____36_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $12,648.64

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale J. Beyer**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxxxx xxxx x x3569**<br>**W KENT CARTER, ESQ - CLARK HILL PLC / N**<br>**150 N MICHIGAN AVE**<br>**SUITE 2400**<br>**CHICAGO, IL 60601** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$72,450.00** |
| ACCT #:  **x3310**<br>**WAYNE WAGONER PRINTING COMPANY**<br>**7917 N KICKAPOO EDWARDS RD**<br>**EDWARDS, IL 61528** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$8,753.12** |
| ACCT #:  **xxxx8035**<br>**WEST ASSET MANAGEMENT / AT&T**<br>**PO BOX 790113**<br>**ST LOUIS, MO 63179-0113** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$421.74** |
| ACCT #:  **xxxxxxxx0356**<br>**WEST ASSET MANAGEMENT / AT&T**<br>**3432 JEFFERSON AVE**<br>**TEXARKANA, AR 71854-2747** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,087.60** |
| ACCT #:  **xxxxxxxxxxxxxxx9232**<br>**WEST ASSET MANAGEMENT / NCO FINANCIA**<br>**PO BOX 790113**<br>**ST LOUIS, MO 63179-0113** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$102.40** |
| ACCT #:  **xxxxxxxxxxx8558**<br>**West Bay Acq**<br>**Pob 189**<br>**East Greenwich, RI 02818** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$31.00** |

Sheet no. ____**35**____ of ____**36**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$82,845.86**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale J. Beyer**                                       Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx x9794**<br>**WINFIELD LABORATORY CONSULTANTS**<br>**DEPT 4408**<br>**CAROL STREAM, IL 60122-4408** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $9.00 |
| ACCT #:  **xxxx2850**<br>**XEROX** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $612.76 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**36**___ of ___**36**___ continuation sheets attached to      **Subtotal >** | $621.76
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >** | $922,625.38
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **J.** | **Beyer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Sales** | |
| **Employer's name** | **MG Design Associates Corp** | |
| **Employer's address** | **8778 100th  St**<br>Number  Street | Number  Street |
| | **Pleasant Prairie    WI    53158**<br>City           State  Zip Code | City           State  Zip Code |
| **How long employed there?** | **2 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$7,500.00** | |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. | **$7,500.00** | |

Debtor 1  **Dale**            **J.**            **Beyer**                                    Case number (if known) _____
          First Name          Middle Name       Last Name

|                                                                          |       | For Debtor 1 | For Debtor 2 or non-filing spouse |
|--------------------------------------------------------------------------|-------|--------------|-----------------------------------|
| Copy line 4 here ............................................. ➜ | 4.  | **$7,500.00** | _____ |
| **5.** **List all payroll deductions:**                                  |       |              |                 |
| 5a. Tax, Medicare, and Social Security deductions                        | 5a.   | **$1,398.00** | _____ |
| 5b. Mandatory contributions for retirement plans                         | 5b.   | **$0.00**    | _____ |
| 5c. Voluntary contributions for retirement plans                         | 5c.   | **$0.00**    | _____ |
| 5d. Required repayments of retirement fund loans                         | 5d.   | **$0.00**    | _____ |
| 5e. Insurance                                                            | 5e.   | **$619.71**  | _____ |
| 5f. Domestic support obligations                                         | 5f.   | **$1,525.51** | _____ |
| 5g. Union dues                                                           | 5g.   | **$0.00**    | _____ |
| 5h. Other deductions.  Specify:                                          | 5h.+  | **$0.00**    | _____ |
| **6.** **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$3,543.22** | _____ |
| **7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | **$3,956.78** | _____ |
| **8.** **List all other income regularly received:**                     |       |              |                 |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | _____ |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |   |              |                 |
| 8b. Interest and dividends                                               | 8b.   | **$0.00**    | _____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | _____ |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |   |              |                 |
| 8d. Unemployment compensation                                            | 8d.   | **$0.00**    | _____ |
| 8e. Social Security                                                      | 8e.   | **$0.00**    | _____ |
| 8f. Other government assistance that you regularly receive               |       |              |                 |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. |   |              |                 |
| Specify:                                                                 | 8f.   | **$0.00**    | _____ |
| 8g. Pension or retirement income                                         | 8g.   | **$0.00**    | _____ |
| 8h. Other monthly income.  Specify:                                      | 8h.+  | **$0.00**    | _____ |
| **9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | _____ |
| **10.** **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$3,956.78** + _____ = **$3,956.78** |   |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                 11. + **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.                                  12. **$3,956.78**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.          **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **J.** | **Beyer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **CHILD** | **15 years** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4.         **$900.00**

    If not included in line 4:

4a.  Real estate taxes     4a. _____

4b.  Property, homeowner's, or renter's insurance     4b. _____

4c.  Home maintenance, repair, and upkeep expenses     4c.   **$25.00**

4d.  Homeowner's association or condominium dues     4d. _____

Debtor 1   **Dale**                          **J.**                                  **Beyer**                          Case number (if known) _____

First Name              Middle Name              Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$0.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | _____ |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$110.00** |
| | 6d.  Other.  Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$800.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| 10. | **Personal care products and services** | 10. | **$50.00** |
| 11. | **Medical and dental expenses** | 11. | **$250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$750.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$20.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | **$105.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1   **Santander 07  Ford 500** | 17a. | **$440.00** |
| | 17b.  Car payments for Vehicle 2   **Car Maintenance** | 17b. | **$300.00** |
| | 17c.  Other.  Specify: **Personal Grooming** | 17c. | **$50.00** |
| | 17d.  Other.  Specify: **Postage** | 17d. | **$15.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** **deducted from payroll** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | _____ |
| | 20b.  Real estate taxes | 20b. | _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. | _____ |

Debtor 1   **Dale**                    **J.**                    **Beyer**                    Case number (if known) _____
           First Name              Middle Name              Last Name

| | | | |
|---|---|---|---|
| **21.** | **Other.**  Specify: _____ | 21. | + _____ |
| **22.** | **Your monthly expenses.**  Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | **$4,015.00** |
| **23.** | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$3,956.78** |
| | 23b.  Copy your monthly expenses from line 22 above. | 23b. | − **$4,015.00** |
| | 23c.  Subtract your monthly expenses from your monthly income.<br>The result is your monthly net income. | 23c. | **($58.22)** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**